THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Submitted March 27, 2017; decided March 30, 2017

Submitted March 27, 2017; decided March 30, 2017

Motion by American Psychological Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judge WILSON taking no part.